**Order entered September 23, 2020**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00135-CV

## IN THE INTEREST OF K.T.W., S.K.W., K.J.W., K.M.W., AND C.R.W., MINOR CHILDREN

### On Appeal from the 429th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 429-52418-2017

### ORDER

Before the Court is appellant's September 22, 2020 third motion to extend time to file his brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 21, 2020. Because the brief was first due July 23, 2020, we caution that further extension requests will be disfavored.

/s/    KEN MOLBERG
          JUSTICE